UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:04CR 40006-NMG |
| | ) | Violation: |
| V. | ) | 18 U.S.C. §3146(a)(1) |
| | ) | (Failure to Appear) |
| MIAN AHMED, | ) | |
| Defendant | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One
### (Failure to Appear -- 18 U.S.C. § 3146(a)(1))

On or about January 26, 2004, in Worcester, Massachusetts, in the District of Massachusetts, the defendant

**MIAN AHMED,**

having been charged in a pending criminal proceeding, and having been released in connection with that proceeding for appearance before Hon. Nathaniel M. Gorton, United States District Judge, at Worcester, Massachusetts, on January 26, 2004, for trial, in Case No. 02-40017-NMG, entitled United States of America v. Mian Ahmed, did knowingly and willfully fail to appear as required.

(All in violation of Title 18, United States Code, Section 3146(a)(1)).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
John M. Hodgens, Jr.
Paul G. Casey
Assistant United States Attorneys

Date: 3/10/04


DISTRICT OF MASSACHUSETTS:                              March 10, 2004.
                                                        @ 4:10 pm

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

2

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**                 Category No. __II__            Investigating Agency __USMS__

City __Worcester__                    Related Case Information:

County __Worcester__                  Superseding Ind./ Inf. _____    Case No. __02-40017-NMG__
                                      Same Defendant _____ New Defendant _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Mian Ahmed__                        Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address __167 Portsmouth Street, 3159, Concord, NH__

Birth date: __1972__   SS#: __xxx-xx-1720__   Sex: __M__   Race: __Brown__   Nationality: __Pakistani__

Defense Counsel if known: __J.W. Carney, Jr., Esq.*__        Address: __20 Park Plaza, Boston MA 02116__

Bar Number: *Counsel on underlying crim. case in which def. failed to appear.

**U.S. Attorney Information:**

AUSA __John M. Hodgens, Jr.__                Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No       List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: __Fugitive in U.S. v. Ahmed, 02-CR-40017__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/10/04__         Signature of AUSA: _/s/ John M. Hodgens, Jr._