AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

MIAN AHMED

**WARRANT FOR ARREST**

CASE NUMBER: 4:04CR40006-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     MIAN AHMED
                                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of court    [ ] Violation Notice    [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Failing to appear

in violation of Title    18    United States Code, Section(s)   3146(a)(1)

Deborah F. Shattuck       Deputy Clerk
Name of Issuing Officer                 Title of Issuing Officer

*Deborah F. Shattuck*                     Worcester, Massachusetts
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____ by _____
                                                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.